[No. 23081-3-III.  Division Three.  August 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS GLEN NORMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00187-1, Rebecca M. Baker, J., entered June 1, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[Nos. 19517-1-III; 22530-5-III.  Division Three.  August 25, 2005.]

CASEY DALTON, *Individually and as Personal Representative*, ET AL., *Appellants*, v. THE STATE OF WASHINGTON ET AL., *Defendants*, CRAIG AMBROSON ET AL., *Respondents.*

Appeal from judgments of the Superior Court for Asotin County, No. 97-2-00076-4 Donald W. Schacht, J., entered August 18, 2000 and October 7, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J. Now published at 130 Wn. App. 653.

[No. 19793-0-III.  Division Three.  August 25, 2005.]

BLUE BIRD, INC., *Respondent*, v. STORMY MOUNTAIN FRUIT COMPANY, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Chelan County, No. 98-2-00835-5, Ted W. Small, J., entered March 20, 2000. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.